August 9, 2010

Dear Honorable Judge Carol B. Amon,

    My name is Annette Giglio. I am writing this letter on behalf of my husband, John Giglio, who will be sentenced on September 20, 2010.

    John is currently serving a forty-six month sentence and was expecting to be released into a halfway house on October 22, 2010. When I received the news in May of John being rearrested, it felt as if my heart had stopped beating and all I could think of was my children. It took me all day and most of the evening to build up the courage to tell them that daddy was not coming home anytime soon.

    My son, John Jr. had turned fifteen a week before his father was arrested in 2006 and will be 19 this year. He is planning to attend a trade school for heating and air conditioning. It has been very difficult for me trying to get his life on track. John Jr. has suffered with depression since his father has been gone and it has worsened due to the current circumstances. This has become a serious concern and I fear it will hinder his ability to succeed in this career he is hoping to achieve.

    My daughter, Helena will be twenty-six this September. Although John is not Helena's biological father, he has loved and raised her as his own since she was five. Helena has taken on a tremendous financial and emotional responsibility in John's absence. Expecting her father to be home, Helena was planning her wedding for November of 2011 to Rick Cavileer. Rick is a wonderful man who loves her deeply and has been very supportive and patient during this crisis. It breaks my heart the wedding plans have been canceled until we have another release date for John. Although they are anxious to begin their lives together as husband and wife, Helena will not do so without her dad. Helena is an extraordinary girl; she has not complained or sulked over the situation. I know she is heartbroken and deeply disappointed as we all are, but Helena sustains a quality of accepting what we must, and truly believes that everything happens for a reason, and in the end, there is a lesson that we all will have learned well.

    My husband John is the oldest with three siblings, one of which is deceased. John has lived through very difficult times in his life. He cared for his grieving mother and younger siblings at a young age after the loss of his father in 1979. He lost his brother Joseph in a tragic 4th of July accident while standing next to him. A piece of metal broke off a barrel and struck Joseph from across the street.

    John is consumed with grief and guilt over the pain he has brought upon his loved ones. I know he is deeply sorry for his mistakes and feel the need to tell you why I truly love and miss him. John is a genuinely good man who made some bad choices. He has been the most wonderful father, devoted and very involved in encouraging the importance of a good education, something he learned for himself late in life. John is a faithful and caring husband. He is considerate, selfless and even helpful with household chores. John is always ready and willing to help a family member, friend or neighbor. John is kind, and most of all, a peacemaker, known by the people who really know him. John has helped me care for my mother, especially after my brother died in 2004. He lost his battle to cancer at the age of fifty-one, he was her only son. We lost my dad to cancer

at the age of fifty-nine in 1983; I was twenty-three at the time. My mother is eighty-six years old now, with the loss of her son and John's incarceration, her physical and mental health have depleted. My mother's condition prohibits her from visiting John and she has not seen him since February 15, 2008. She loves John like a son and misses him more than words could ever explain. Mom cries a lot and fears that she will not be alive to see him come home to us. I am very close to John's mom as he is to mine. As a mother myself, I feel such sorrow for her and know how badly John feels putting her through this pain.

    Please Judge Amon, I beg you for leniency on John's sentence, for the sake of my children, myself and all who love and miss him. Life is so precious and so short and time is something that can never be regained.

    I thank you Judge Amon for taking the time out of your busy schedule to read my letter. I wrote this letter with the utmost sincerity and am grateful for being given the opportunity to do so. If you decide to give John a sentence with less time, I know John will prove himself worthy and your decision will not be regretted.

                                                         Sincerely,

                                                         Annette Giglio

August 9, 2010

Dear Honorable Judge Carol B. Amon,

    My name is Helena Martin and I am twenty-six years old. I currently work as a Project Accountant for Structure Tone, Inc. I am writing you this letter on behalf of my father, John Giglio.

    Although John is not my biological father, he has been a true father to me since I was five years old. My biological father has a past history of alcohol abuse and mental illness. While growing up and into my teen years my biological father, Joseph Martin made no effort to see me and have a father and daughter relationship. After my biological father had a heart-attack he contacted me and pursued a relationship. I was very hesitant to establish a relationship after all the years that had passed. John was the one who encouraged me to see my father and give him a second chance.

    John is a dedicated family man. He was home every night for dinner, helped my mother with food shopping and cleaning, made my lunch for school, attended every cheerleading competition and watched my favorite television shows with me. My dad, John, is a great father and husband. He is by far the kindest and most gentle man I have ever known.

    The past four years have taken a toll on my mother. Mom was rushed to the hospital Memorial Day weekend with chest pains. Thankfully, her heart was fine and doctors contributed it to stress and anxiety. I know she is suffering from a broken heart. We had so many plans for my dad's homecoming in October. I remember thinking, this would be the last Christmas without him and next year we would be together and finally happy again. My wedding plans have been put on hold due to the current circumstances. I could never experience one of the happiest days of my life without my dad, John.

    Please Judge Amon, have mercy, not only for my father, but for all of us. I sincerely thank you for reading my letter and pray that you can help us end this nightmare sooner than later.

                                            Sincerely,

                                            *Helena Martin*

                                          Helena Martin

August 9, 2010

To Honorable Judge Carol B. Amon:

My brother-in-law John Giglio has been serving a forty-six month sentence at Fort Dix in New Jersey. John has followed all the rules and has made the best of his sentence with a respectful and positive attitude. John has also portrayed good behavior from the first day he arrived at Fort Dix. Finally, because of John's good behavior he was given permission to go to the halfway house this coming October 2010.

I never met anyone who didn't like or love John. Even the children in the neighborhood are still going to his home to see if John could play ball and games with them like he use to do. John is a kind and giving person who always puts himself last. When I was upset with someone John would always make me see the good in that person and to forgive people for their mistakes. When my life was falling apart and my husband who was a N.Y.C. Policeman left my son and I, John was by our side. John spent so much time with my son picking him up whenever he took his son out somewhere. My son Chet would patently wait for uncle John to fill his broken heart. Unfortunately, at 17 years of age, Chet was tragically killed in an automobile accident. John mourned as if he had lost his own son, and still was so supportive helping me. I will forever be grateful for all the love and support John gave to us even though he had his own family to take care of.

I never heard John complain about anything since he was incarcerated and always admired the strength he had. He didn't want his family to worry about him and add to the burden he had already caused them. John often spoke about how hard it was for his family financially and most important not being there for his children and wife. You can surely understand Judge Amon the overwhelming happiness John and his family felt in their hearts when John was told he would be going to the halfway house and able to see his family on week-ends. The family was astatic about the good news.

The hope to start a healthy and wholesome new life came to a devastating end when John was rearrested at Fort Dix in May 2010. The next time I spoke to John I told him "don't worry it's going to be alright". For the first time he sounded depressed and said "I'm not worried about myself, I know what this is going to do to my family". John was right, for since they were told about the arrest the nightmare they had been living made a turn for the worst.

John Jr. Is critically depressed and often cries. He doesn't go out much and spends many nights sitting up in bed talking to his mother for support. We have tried to talk to him to convince him to see a psychiatrist but he refuses to go and says he will not take any medication. He's frightened, angry and feels nobody cares. Some days when I visit my sister I find her in distress from spending the past hours talking to her son who had another bad day. Helena John's daughter has postponed

her wedding because she refuses to go on with the plans without her dad. My sister Annette, John's wife doesn't eat or sleep much since this terrible news. I pray that her health holds up to take care of her family and our 87 year old mother.

Please your Honor think about how only good things could come from sending John Giglio home to his family as soon as possible. I'm a bereaved parent and there is no change that can be made to make me feel as happy as I was before I lost my son, but your decision can give John Giglio and his family their happiness and life together once again. I appreciate your time to read my letter that expresses my love and admiration for John Giglio.

Best Regards,

*Mrs. Linda Hestnes*

Mrs. Linda Hestnes

August 13, 2010

Hon. Judge Carol B. Amon

Dear Hon. Judge Amon:

My name is Santina Cook. I am John Giglio's niece. I have known my uncle my whole life (34 years).

My Uncle John is such a kind, gentle, caring man. He is the type of person that is always there to lend a helping hand whenever needed. My family is a very close nit family. We spend a lot of time together especially that we all live in Staten Island. My family and I miss my uncle so very much.

I am happy to report that my husband and I are expecting our first child. I couldn't wait to tell my Uncle John that he is going to be a "Great Uncle". The minute he found out that I was pregnant he called my home and his voice was filled with excitement. It brought me to tears especially since he knew it took me three years to conceive. It truly was a rough battle trying to get pregnant.

I am very close to my Uncle John and since he couldn't be here for me to talk to I decided to write him letters and keep him informed of every step I was going thorough. So as you could image the minute he found out he was thrilled. I also thought that he would be in the waiting room when I delivered the baby since my whole family plans on being in the waiting room waiting for my baby's arrival. But I know that is not going to happen since I am due in December of this year.

This situation has truly taken a toll on my whole family. My uncle has beautiful children and I see the look on there faces when a holiday comes and on their birthdays that their dad is not there to celebrate with all of us. It is very hard on everyone.

I don't want to make this letter too lengthy but I am just asking you if you can please take all of this information I have written into consideration while you sentence my Uncle John and please find it in your heart to give leniency on your sentencing for my Uncle John.

Thank you for taking the time out of your busy schedule to read my letter.

Sincerely,

Santina Cook
Santina Cook

August 13, 2010

Hon. Judge Carol B. Amon

Dear Hon. Judge Amon:

My name is Rosemarie Bradice. I am John Giglio's Sister-In-Law. I have known my Brother-In-Law for over 30 years. I am very close to John. I look at him as if he were my brother instead of my Brother-In-Law.

My Brother-In-Law John is such a loving, sensitive, thoughtful man. He is the type of person that will always put his family first. He is very family oriented. We are a very close family. We spend a lot of time together. We all live within a matter of five minutes from each other so we constantly stop in to say hi or for a cup of coffee. My family and I miss John so very much.

John's wife is my baby sister and I have seen this situation has truly taken a toll on her and my whole family. She misses her husband so much. She tries to be so strong for her children but she confides in me and I know how hard it's been for her not to have her husband by her side. John has beautiful children and I see that him not being able to be around the last few years' breaks my heart for them. My niece Helena has a wonderful boyfriend and they want to get married and start their lives together but she won't until her dad comes home to walk her down the isle. I hate to see her look so depressed over her dad not coming home when we originally thought.

My daughter is having her first child and we all thought John would be hear with us to experience the joy of having this beautiful baby welcomed into the world. Every holiday, birthday or special occasion leaves us all with an empty feeling in our heart. That emptiness is John not being able to be here with us.

I am just requesting that you can please take all of this information I have written into consideration while you sentence my Brother-In-Law John and please find it in your heart to give leniency on your sentencing for my Brother-In-Law John.

Thank you for taking the time out of your busy schedule to read my letter.

Sincerely,

*Rosemarie Bradice*
Rosemarie Bradice

August 13, 2010

Dear Honorable Judge Carol B. Amon,

My name is Lindsey Stern and I currently work in Human Resources at American Express. We are trained to asses our clients and develop them into better leaders, contributors, and employees. I spent my college years studying the personalities and behaviors of different individuals. Because of this, I feel the need to write a letter regarding the character of John Giglio.

For the past thirteen years, Mr. Giglio has been a significant part of my life. Whether John was one of the few fathers at our cheerleading competitions, supporting his daughter at her school graduation, or including me in his family parties, the memories I have of John have been nothing but positive.

I have always admired the relationship John shares with his family. It's not everyday you meet people with such incredible passion and love for one another. There were times I left their house with a feeling of emptiness, because I did not share the same bond with my relatives. Words can only do so much to explain the wonderful character traits John possesses. Aside from being a loving and caring family man, John has been a great friend. I have always viewed him as someone I can count on when there was no one else to turn to. John has been there for me throughout my childhood and I will attest to his notable character traits at any given time.

You have only to meet this man to understand his character and willingness to do good for not only his family, but anyone who crosses his path in life.

Kind Regards,

Lindsey Stern

August 10, 2010

Dear Honorable Judge Carol B. Amon,

My name is Elaine Fiorenza; I reside at 19 McDivitt Avenue, S.I., N.Y. 10314. I am currently employed by Ocean Breeze Homecare.

I have known John Giglio for over thirty years. He is married to my husband's sister Annette. John has always been a loving and caring man. He is very devoted to his family. He is a very humble man.

My husband and I lived in Pennsylvania when he was diagnosed with colon cancer. Carlo was being treated in N.Y. John and Annette took care of us, not only did we live in their home, but John gave up his bed and slept on the couch for three months. When Carlo passed, John was there for both my son and I.

John is not only loved by his family, but even his neighbors on his block.

Thank you for you attention to this matter.

Respectfully,

Elaine Fiorenza

August 11, 2010

Dear Honorable Judge Carol B. Amon,

    My name is Rick Cavileer and I will be twenty-eight years old this September. I currently work as a Financial Advisor in New York City. I am writing you this letter on behalf of my future father in-law, John Giglio.

    I have been dating Helena Martin since August of 2006. When John was released on bail in February of 2007, he spent one full year on very strict house arrest. During this time, I spent a lot of time at their home with the family. John is very easy to get along with. He has a very calm personality, very kind and caring. I miss John very much.

    Helena is very close to my family, as I am with hers. My parents are very close with her family as well. We spend holidays together, celebrate birthdays and have family dinners together. I love Helena with all my heart, she is a wonderful girlfriend and I know someday will make a great mother. If the circumstances were different we would be getting married November of 2011. As anxious as I am to start a family, I want John to be a part of our special day just as much as Helena.

    Helena is a very strong individual and she is always looking at the bright side of situations, but I know she is so hurt and disappointed by all of this. It's very hard to see the people you love suffer.

    Please Judge Amon, I beg you for leniency not only for John but for the family too. Thank you for taking the time to read my letter.

Sincerely,

Rick Cavileer

August 13, 2010

Dear Honorable Judge Carol B. Amon,

      My name is Nicole Hechler and I am twenty six years old. I reside in Staten Island New York and work full-time in Human Resources for Staten Island Hospital. I have known Helena for sixteen years and during this time had the opportunity to become acquainted with John Giglio as well. I grew up for most of life without a father figure, which made my time with John very comforting. John is a person who always makes you feel welcomed. He is kind, sincere and genuine. I have been invited to many occasions over the years, however, my fondest memories are the times we would sit around the kitchen table and talk for hours. John was always interested in how I was doing in school, how my family was and how I, as a person was doing. It is extremely heartening and not expressible in words to know someone cares.

                                              Thank you,

                                              Nicole Hechler

Dear Honorable Judge Carol B. Amon,

I'm writing to you in reference to my brother John Giglio. He will be seeing you on September 20th at his sentencing. I'm 44 years old and John is my oldest brother.

When I was 11 years old I lost my father. John always took the role as the father figure, he put himself last to make sure my mother and two other brothers were cared for. In 1983 my brother Joey was killed in a 4th of July accident. As heart broken as John was, he made sure that will all stayed together as a family. John as always been a loving, caring, kind, and good brother, son, uncle, husband and father. Judge Amon, if you would give John the last amount of time you can it would mean the world to John and our family. A lot of time as already been lost. Our family really needs him home, so that we can all pick up the pieces and regain our lives back.

Sincerely
Georgette Gallo

Dear Honorable Judge Carol. B. Amor.

    I am writing you this letter in reference to my uncle John Giglio. Growing up my uncle John was always there for me. He played a major role in my life growing up. My mom and dad married young, my grandfather passed on and my uncle John was always a good influence. He was always supportative with school, and always encouraged me to graduate and go to college. Today I am a successful Court Reporter. My uncle is a good man, and already has served an extensive amount of time for the crime he has committed. I'm hoping you will take into consideration how much he is missed and loved in our family, and give him the least amount of time possible. Thank you.

Sincerely,
Patricia Giglio

①

Dear Honorable,
Judge Carol B. Amon

My name is Patricia Giglio this letter is regaurding my son John Giglio.

John was incarcerated on Feb. 15, 2008 at Fort Dix Federal Institution. He was being released to the halfway house in Oct. of this year 2010.

His Family and I were making plans for his home coming.

I especially was concered for his young son John Jr. who is eighteen years of age. Since his fathers been away he seemed troubled, aside from the fact that his wife & daughter were having a very

(2)

hard time coping, the whole family was falling apart.

Dear Judge Amon you have to know John to understand the tragic way we are all affected by his absence.

John is the oldest of my four children, he lost his father at a young age, & his brother in a accident in 1983, he was 23 years old. John saw his brother die tragically. John took the place of a father figure and saw us through the hard times. He's a wonderful caring son & family man.

I understand that he had to pay for his wrong doing, but John is not a violent person.

③

Dear Judge Amon, John would be more useful home taking care of his family & getting his life & his family's life, back on track.

I really hope that you take into consideration, a mothers **plea**! I know that John will do the right thing.

Sincerely
Mrs Patricia Giglio

Dear Honorable Judge Carol B. Amon,

My uncle is going to visit you on September 20, 2010. My uncle has served an extensive amount of time for the crimes he had committed. He was also on house arrest for a whole year. We were lucky because we still got to spend time with him but it was still depressing knowing our bonding time together would end very shortly. He has now been incarcerated for three years. All together our family has suffered, cried, gone without, and visited a good man behind bars. He is 50 plus years of age and all this stress and uncertainties has uploaded a great amount of stress amongst my family. When we had first heard of his original release date we all cried tears of joy and held each other knowing this whole ordeal would soon be over, our family could be whole once again. Our family is missing an uncle, a father to an 18 year old boy who is in need of guidance and a friend, an older brother to a boy and girl, a most importantly, a son to a widowed mother. I make no excuses for any wrong doings my uncle committed but I know in my heart, mind, and soul that he is not the bad guy people make him out to be. He is aging quickly and his health is not one hundred percent. He has a step-daughter waiting to be engaged so that her father may share these once in a lifetime memories with her. I am generously

asking for compassion of a family tortured and ripped apart. Our family doesn't come together like we used to, and we don't laugh like we used to. There is not one occassion that we spend together and don't reminese with old home movies, laugh, and cry all due to the disfortune of the situation. Please consider this is a wholesome family man to be judged before you. Consider how one's mistake effect a whole. Consider the punishment for these judgements. Consider a family that needs to be whole again. Consider years of tears, worrying, and frustratition. Please consider the shorter sentence we are praying for.

Sincerely,

Minamarie Gallo